UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                          Case No. 01-CR-80361
vs.                                         HON. GEORGE CARAM STEEH

FREDERICK LAMARR McCLOUD,

        Defendant.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION (#197)

Defendant Frederick McCloud moves for reconsideration and relief from the court's July 7, 2006 Order denying defendant's previous motion for reconsideration and relief from his November 6, 2003 plea-based convictions for bank robbery, possession of a destructive device in furtherance of a crime of violence, and felon in possession of a firearm. The court did not err in determining that defendant McCloud, a resident of Michigan, is subject to criminal prosecution by the United States. Accordingly,

Defendant McCloud's motion for reconsideration is hereby DENIED.

SO ORDERED.

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

Dated: August 29, 2006

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on August 29, 2006, by electronic and/or ordinary mail.

                                          s/Josephine Chaffee
                                          Secretary/Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        Case No. 01-CR-80361
        HON. GEORGE CARAM STEEH

FREDERICK LAMARR McCLOUD,

        Defendant.
_____/

ORDER DENYING MOTION FOR RECONSIDERATION (#197)

        Defendant Frederick McCloud moves for reconsideration and relief from the court's July 7, 2006 Order denying defendant's previous motion for reconsideration and relief from his November 6, 2003 plea-based convictions for bank robbery, possession of a destructive device in furtherance of a crime of violence, and felon in possession of a firearm. The court did not err in determining that defendant McCloud, a resident of Michigan, is subject to criminal prosecution by the United States. Accordingly,

        Defendant McCloud's motion for reconsideration is hereby DENIED.

        SO ORDERED.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: August 29, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on August 29, 2006, by electronic and/or ordinary mail.

        s/Josephine Chaffee
        Secretary/Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        Case No. 01-CR-80361
        HON. GEORGE CARAM STEEH

FREDERICK LAMARR McCLOUD,

        Defendant.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION (#197)

Defendant Frederick McCloud moves for reconsideration and relief from the court's July 7, 2006 Order denying defendant's previous motion for reconsideration and relief from his November 6, 2003 plea-based convictions for bank robbery, possession of a destructive device in furtherance of a crime of violence, and felon in possession of a firearm. The court did not err in determining that defendant McCloud, a resident of Michigan, is subject to criminal prosecution by the United States. Accordingly,

Defendant McCloud's motion for reconsideration is hereby DENIED.

SO ORDERED.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: August 29, 2006

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on August 29, 2006, by electronic and/or ordinary mail.

        s/Josephine Chaffee
        Secretary/Deputy Clerk